[No. 68939-8-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY BARNARD BEASLEY, *Defendant*, JEFFREY STUART BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02269-9, James D. Cayce, J., entered June 19, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ.

[No. 69516-9-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY UVARIUS TOWNSEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08187-3, Dean Scott Lum, J., entered September 28, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 69836-2-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRODERICK RAY YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00679-3, Michael E. Rickert, J., entered August 1, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ.

[No. 70109-6-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAZIK OMAR MOHAMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03068-1, Mary Yu, J., entered February 22, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Leach, JJ.